On respondent's petition for reconsideration filed October 30, reconsideration allowed; former opinion (184 Or App 129, 55 P3d 558 (2002)) clarified and adhered to as clarified December 26, 2002

In the Matter of the Compensation of
Stanley W. Talley, Claimant.

Stanley W. TALLEY,
*Petitioner,*

*v.*

BCI COCA-COLA BOTTLING,
*Respondent.*

96-09870; A113826

60 P3d 581

Jerald P. Keene for petition.

Before Landau, Presiding Judge, and Brewer and Schuman, Judges.

PER CURIAM

## PER CURIAM

Respondent BCI Coca-Cola Bottling has filed a petition for reconsideration of our opinion holding that the Workers' Compensation Board Hearings Division has jurisdiction over claimant's request for hearing and reversing and remanding the case. *Talley v. BCI Coca-Cola Bottling*, 184 Or App 129, 55 P3d 558 (2002). We allow the petition and write to clarify that the narrow holding of our opinion is that the board's Hearings Division has jurisdiction to consider claimant's request for hearing as a matter concerning a claim.

Reconsideration allowed; former opinion clarified and adhered to as clarified.